UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CIVIL ACTION

VERSUS                                            NO. 09-3044

AQ BOAT LLC, E T AL                               SECTION "C" (3)

ORDER AND REASONS

IT IS ORDERED that the motion for summary judgment is DENIED without

prejudice.      (Rec. Doc. 34).   There is no stipulation or discussion as to the applicable

law or choice of law in any of the memoranda, although  at least one of the documents

presented indicates that "[t[his Guaranty Agreement shall be governed by the federal

law of the United States of America or in the absence of applicable federal law by the

laws of the state of New York."   Rec. Doc. 34, Exh. 1, p. 7.   As previously indicated, the

Court has previously experienced problems with counsel's joint agreements that trial

issues can be resolved on motion, and prefers to receive a pre-trial order,  hold the pre-

trial conference and hold a trial on memoranda and stipulations, if appropriate.

New Orleans, Louisiana, this 1st day of June, 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE